UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLIN ERIC JOHNSON

       Plaintiff,                                    Civil Case No. 23-10224
                                                     Honorable Linda V. Parker

v.

LIEUTENANT BRYAN DUNN

       Defendant.
_____/

## OPINION AND ORDER ADOPTING APRIL 16, 2024 REPORT AND RECOMMENDATION (ECF No. 19)

*Pro se* Plaintiff Kaylin Eric Johnson ("Plaintiff") commenced this lawsuit against Defendant Lieutenant Bryan Dunn ("Defendant") on January 30, 2023. (ECF No. 1.) On November 29, 2023, Defendant filed his motion for summary judgment (ECF No. 14). Plaintiff filed a timely response. (ECF No. 16.) The matter has been assigned to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On April 16, 2024, Magistrate Judge Ivy issued a report and recommendation ("R&R") recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 19 at PageID. 202.) At the conclusion of his

R&R, Magistrate Judge Ivy advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*. (alteration added).) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

                                                s/ Linda V. Parker  
                                                LINDA V. PARKER  
                                                U.S. DISTRICT JUDGE

Dated: June 14, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 14, 2024, by electronic and/or U.S. First Class mail.

                                                s/Aaron Flanigan  
                                                Case Manager